**Order entered April 29, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01024-CV

## BENNIE GAMBLE, SR., ET AL., Appellants

## V.

## ANESTHESIOLOGY ASSOCIATES, P.S.C., ET AL., Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01764-E**

## ORDER

Before the Court is appellees' April 28, 2021 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **June 7, 2021**. We caution appellees that further extension requests will be disfavored.

On the Court's own motion, we **ORDER** Dallas County Clerk John Warren to file, by **May 6, 2021**, a supplemental clerk's record containing the following document filed on September 2, 2020: "Defendants Anesthesiology Associates,

P.S.C. and Kenneth M. Richter, M.D.'s First Amended Motion for Summary Judgment" **with** Exhibits A, B, C, D, and E.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren and all counsel.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE